

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00336-CV

**IN RE** Eduardo "Eddie" **RAMIREZ** and Basilio Villarreal

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Sandee Bryan Marion, Chief Justice
 Luz Elena D. Chapa, Justice
 Irene Rios, Justice

Delivered and Filed: June 19, 2019

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On May 22, 2019, relators filed a petition for writ of mandamus. Relators also filed a motion for stay pending final resolution of the petition for writ of mandamus, which this court granted on May 22, 2019. The real parties in interest filed a motion to dismiss asserting the petition is now moot, and relators objected to the motion. After considering the issues raised in the petition, this court concludes the petition is moot. Accordingly, the motion to dismiss filed by the real parties in interest is granted and the petition for writ of mandamus is dismissed as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DS-19-222, styled *Eduardo "Eddie" Ramirez and Basilio Villarreal v. Leticia O. Lopez, et al.*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Carlos Valdez presiding.